UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-10279 GAO

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., | |
| Plaintiffs, | |
| v. | Civil Action No. |
| THE ENCORE GROUP, INC. and STANLEY PAPEL d/b/a PAPEL DESIGNS and PAPEL GIFTWARE, | |
| Defendants. | |

COMPLAINT AND JURY DEMAND

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., by their undersigned attorneys, by way of Complaint herein, allege as follows:

1. Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

2. Plaintiff CKQ DESIGNS, INC. is a Massachusetts corporation having a place of business at 20 Commercial Drive, Dracut, Massachusetts 01826.

3. On information and belief, Defendant THE ENCORE GROUP, INC. is a California corporation. It has a place of business at Route 111

- 1 -

Cloverleaf Drive, Winston Salem, North Carolina 27103 and is doing business in this judicial district.

4. On information and belief, Defendant STANELY PAPEL is a California citizen having a place of business at 373 South Monte Vista Drive, Suite #C, Palm Springs, California 92262, and doing business as PAPEL DESIGNS and as PAPEL GIFTWARE, including doing business in this judicial district.

5. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 in that the Complaint sets forth a count for patent infringement under Title 35 of the United States Code.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

7. Plaintiff QSL CORPORATION d/b/a WAXCESSORIES is the exclusive licensee, and Plaintiff CKQ Designs, Inc. is the assignee, of U.S. Patent No. 501,205 entitled "Holder/Charging Stand for a Mobile Phone or the Like," which Patent duly issued on January 25, 2005 (the "'205 patent"). A true copy of the '205 Patent is attached hereto as Exhibit A.

8. Plaintiffs have the exclusive rights to make, use, offer for sale, and sell mobile phone holders and/or charging stands embodying the invention of the '205 Patent.

9. On information and belief, Defendants have been and are making, using, offering for sale, and selling, mobile phone holders

and/or charging stands embodying the invention of the '205 Patent, without authorization from Plaintiffs.

10.  The aforesaid actions of Defendants constitute an infringement of the '205 Patent under 35 U.S.C. § 271.

11.  Defendants have been on notice of the issuance of the '205 patent since at least as early as February 2, 2005, and have continued to infringe the patent despite receiving such notice, in willful and flagrant disregard of Plaintiffs' rights under the '205 patent.

WHEREFORE, Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. demand judgment as follows against each of the Defendants:

A.  That this court preliminarily and permanently enjoin Defendants, and each of them, from the manufacture, use, offer for sale, and sale of products that infringe the '205 Patent.

B.  That Defendants provide an accounting for damages regarding their manufacture, use, offer for sale, and sale of the infringing products.

C.  That Plaintiffs be awarded damages adequate to compensate for the infringement, but in no event less than a reasonable royalty, together with interest and costs.

D.  That Plaintiffs be awarded treble damages for intentional, willful, and wanton violation of Plaintiffs' patent rights, as well as prejudgment interest and Plaintiffs' costs, expenses, and

attorneys' fees in this action, as authorized by 35 U.S.C. §§ 284 and 285.

E.   That this Court grant such other order and further relief as it deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiffs hereby demands trial by jury of all issues so triable.

QSL CORPORATION d/b/a WAXCESSORIES

*(signature)*

John L. Welch   BBO No. 522,040
Ian J. McLoughlin   BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

- 4 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) QSI CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   - ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - ☒ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950    *Also complete AO 120 or 121 for patent, trademark or copyright cases
   - ☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - ☐ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?    YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)    YES ☐    NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?    YES ☐    NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C))    YES ☐    NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? (SEE LOCAL RULE 40.1(D))    YES ☐    NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?    YES ☐    NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? EASTERN

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE

    CENTRAL SECTION:    YES ☐    NO ☐    OR WESTERN SECTION;    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  John L. Welch and Ian J. McLoughlin
ADDRESS  Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600
TELEPHONE NO  (617) 832-1000

(Categfrm.rev-3/97)  1995557

Stamp: FILED CLERKS OFFICE  2005 FEB 10 P 3:56  U.S. DISTRICT COURT  DISTRICT OF MASS.

05 10279 GAO

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

I. (a) PLAINTIFFS
QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC.

DEFENDANTS
THE ENCORE CROUP, INC. and STANLEY PAPEL d/b/a PAPEL DESIGNS and PAPEL GIFTWARE

FILED IN CLERKS OFFICE
2005 FEB -3 P 2: 55
U.S. DISTRICT COURT
DISTRICT OF MASS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Welch and Ian J. McLoughlin
Foley Hoag LLP
155 Seaport Boulevard, Boston, MA 02210-2600
617-832-1000

ATTORNEYS (IF KNOWN)

II. BASIS OF JURISDICTION (PLACE AND "x" IN ONE BOX ONLY)

- ☐ 1 U.S. GOVERNMENT Plaintiff
- ☒ 3 FEDERAL QUESTION (US Government Not a Party)
- ☐ 2 U.S. GOVERNMENT Defendant
- ☐ 4 DIVERSITY (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. ORIGIN

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY.)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | | ☐ 450 Commercial/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 650 Airline Regs ☐ 660 Occupational Safety Health | ☐ 820 Copyrights ☒ 830 Patent | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud ☐ 371 Truth In Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholder Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395 ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Plaintiffs allege that Defendants have infringed their patent and rights under 35 U.S.C. § 271.

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG.JUDGE _____