UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 3: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ENCORE GROUP, INC. and STANLEY PAPEL d/b/a PAPEL DESIGNS and PAPEL GIFTWARE, <br><br> Defendants. | Civil Action No. |

### PLAINTIFFS' CORPORATE DISCLOSURE

Plaintiffs QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. make the following corporate disclosure: they have no parent companies and no publicly held corporations own ten percent or more of their stock.

QSL CORPORATION d/b/a WAXCESSORIES

_____
John L. Welch, BBO No. 522,040
Ian J. McLoughlin, BBO No. 647,203
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
617/832-1000

Dated: February 10, 2005

FHBOSTON/2388190.1

- 1 -