

**FOLEY HOAG** LLP
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3: 41

Ian J. McLoughlin
Boston Office
U.S. DISTRICT COURT
617.832.1730
DISTRICT OF MASS.
imclough@foleyhoag.com

February 11, 2005

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: *QSL CORPORATION d/b/a WAXCESSORIES and CKQ DESIGNS, INC. v. The Encore Group, Inc. and Stanley Papel d/b/a Papel Designs and Papel Giftware, U.S.D.C. Civil Action No. 05CV10279-GAO*

Dear Sir or Madam:

Pursuant to the above-captioned matter, enclosed please find Exhibit A that was inadvertently omitted from Complaint filed on February 10, 2005. For your reference, I also enclose a copy of the Complaint. Kindly attach Exhibit A to the filed Complaint.

Thank you for your assistance with this matter.

Very truly yours,

Ian J. McLoughlin

IJM/ksk
Enclosures
cc: John L. Welch, Esq.

FHBOSTON/2388900.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP      BOSTON         WASHINGTON, DC         www.foleyhoag.com



US00D501205S

## (12) United States Design Patent
### Quinn

(10) Patent No.: **US D501,205 S**
(45) Date of Patent: ** **Jan. 25, 2005**

(54) **HOLDER/CHARGING STAND FOR A MOBILE PHONE OR THE LIKE**

(75) Inventor: Kevin J. Quinn, Methuen, MA (US)

(73) Assignee: CKO Designs, Inc., Dracut, MA (US)

(**) Term: 14 Years

(21) Appl. No.: **29/201,860**

(22) Filed: **Mar. 22, 2004**

(51) LOC (7) Cl. .................................................. 14-03
(52) U.S. Cl. ............................................... D14/253
(58) Field of Search ........................... D14/137, 434, D14/138, 447, 148, 147, 149–151, 140–142, 240, 241, 251–253, 451, 218; 379/426, 449, 419, 420.01–420.04, 428.01–428.04, 440, 454, 455, 446; 455/550.1–90.3; D13/107, 108; 224/670, 197, 271; D3/218; 248/221.11, 231.81; 320/110–115

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D206,590 S | * 1/1967 | Haggstrom | D13/108 |
| 3,644,873 A | * 2/1972 | Dalton et al. | 439/299 |
| D275,482 S | * 9/1984 | Coons et al. | D14/253 |
| 4,741,034 A | * 4/1988 | Errichiello et al. | 379/455 |
| D313,221 S | * 12/1990 | Skully et al. | D13/108 |
| D334,384 S | * 3/1993 | Nye | D14/149 |
| D345,728 S | * 4/1994 | Tyneski et al. | D13/108 |
| D352,282 S | * 11/1994 | Toh et al. | D14/150 |
| D357,990 S | * 5/1995 | Cheng et al. | D26/38 |
| 5,479,486 A | * 12/1995 | Saji | 455/573 |
| D368,892 S | * 4/1996 | Tanaka | D13/108 |
| D369,163 S | * 4/1996 | Leung et al. | D14/150 |
| D369,344 S | * 4/1996 | Lindeman et al. | D13/108 |
| 5,525,888 A | * 6/1996 | Toya | 320/111 |
| D385,252 S | * 10/1997 | Snyder et al. | D13/108 |
| D396,033 S | * 7/1998 | Ahearn et al. | D14/457 |
| D399,244 S | * 10/1998 | Coveley | D18/12 |
| 5,946,637 A | * 8/1999 | Umbach et al. | 455/573 |
| D417,431 S | * 12/1999 | Okura et al. | D13/108 |
| D422,556 S | * 4/2000 | Okura et al. | D13/107 |
| D428,597 S | * 7/2000 | Murata et al. | D13/108 |
| 6,130,521 A | * 10/2000 | Collins et al. | 320/115 |
| D433,991 S | * 11/2000 | Buchin et al. | D13/108 |
| D451,498 S | * 12/2001 | Rossel | D14/218 |
| D460,446 S | * 7/2002 | Hughes et al. | D14/253 |
| D463,361 S | * 9/2002 | Ruohonen | D13/108 |
| 6,509,716 B2 | * 1/2003 | Yi | 320/115 |
| D471,578 S | * 3/2003 | Okuley | D16/242 |
| 6,534,953 B2 | * 3/2003 | Shirakawa | 320/114 |
| D475,346 S | * 6/2003 | McCurrach et al. | D13/108 |
| D477,823 S | * 7/2003 | Lavello, Sr. | D14/253 |
| D480,393 S | * 10/2003 | Toor et al. | D14/253 |
| D486,786 S | * 2/2004 | Eroma et al. | D13/108 |

FOREIGN PATENT DOCUMENTS

WO     DM/061400     * 7/2002

* cited by examiner

*Primary Examiner*—Jeffrey Asch
(74) *Attorney, Agent, or Firm*—John L. Welch

(57)  **CLAIM**

The ornamental design for a holder/charging stand for a mobile phone or the like, as shown and described.

**DESCRIPTION**

FIG. 1 is perspective view of the holder/charging stand for a mobile phone or the like according to our new design, as seen from the left front corner thereof.
FIG. 2 is right side elevational rear view thereof, the left side elevational view being a mirror image thereof.
FIG. 3 is a front elevational view thereof; and,
FIG. 4 is a top plan view thereof.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**  Jan. 25, 2005  **US D501,205 S**



FIG. 1



FIG. 4



FIG. 3



FIG. 2