```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| QSL CORPORATION d/b/a WAXCESSORIES, and CKQ DESIGNS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE ENCORE GROUP, INC., and STANLEY PAPEL d/b/a PAPEL DESIGNS and PAPEL GIFTWARE,<br><br>    Defendants. | Civil Action No.<br>05-CV-10279-GAO |

### NOTICE OF VOLUNTARY DIMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1), Fed. R. Civ. P., this action is hereby dismissed without prejudice, each party to bear its own costs and attorney fees.

```
                        QSL CORPORATION d/b/a WAXCESSORIES
                        and CKQ DESIGNS, INC.


                         /s/ Ian J. McLoughlin
                        John L. Welch   BBO No. 522,040
                        Ian J. McLoughlin  BBO No. 647,203
                        FOLEY HOAG LLP
                        155 Seaport Boulevard
                        Boston, MA  02210
                        617/832-1000
```